**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RONALD MARTIN, et al.,** | ) | **CONSOLIDATED ACTIONS** |
| | ) | |
| Plaintiffs, | ) | **CIV F-03-5746 AWI LJO** |
| | ) | **CIV F-03-6029 AWI LJO** |
| | ) | **CIV F-04-5785 AWI LJO** |
| v. | ) | |
| | ) | **ORDER VACATING** |
| **PAN PACIFIC PETROLEUM,** | ) | **HEARING DATE OF MAY 2,** |
| | ) | **2005, AND TAKING MATTER** |
| Defendant. | ) | **UNDER SUBMISSION** |
| | ) | |
| **AND RELATED CASES** | ) | |
| | ) | |

     Plaintiffs Ronald Martin, et al. ("Plaintiffs") have noticed a motion to "Extend Temporary Stay of Payment of Attorney's Fees, Determine Class Counsel, and Amend Judgment" ("Motion").  The matter was scheduled for oral argument to be held May 2, 2005, at 1:30 p.m.. The Court has reviewed Plaintiffs' Motion, the opposition, Plaintiffs' reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 2, 2005, is VACATED, and no party shall appear at that time.  As of May 2, 2005, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   April 27, 2005**                              /s/ Anthony W. Ishii
h2ehf                                                              UNITED STATES DISTRICT JUDGE

2